THE PEOPLE OF THE STATE OF NEW YORK *v.* THE BANK OF DANSVILLE.

In the Matter of the Petition of GEORGE ENGER et al., Respondents.

(Argued January 18, 1887; decided January 25, 1887.)

*Martin W. Cooke* for appellant.

*Charles J. Bissell* for respondent.

Agree to affirm ; no opinion.

All concur.

Order affirmed.